MAURICE G. STRAUS, Appellant, *v.* CUMBERLAND REALTY COMPANY, Respondent.

*Straus* v. *Cumberland Realty Co.*, 137 App. Div. 896, appeal dismissed.

(Submitted May 15, 1911; decided May 19, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 18, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover broker's commissions.

*Jacob L. Holtzmann* for appellant.

*Charles E. Kelley* and *Walter C. Shoup* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.